

1 12 07

UNITED STATES BANKRUPTCY COURT
FOR THE
DISTRICT OF MASSACHUSETTS
( WESTERN DIVISION )

---

In the Matter of

SHREWSBURY STREET
DEVELOPMENT COMPANIES, INC.

Chapter 11
No. 07-40073-JBR

Debtor

---

## AFFIDAVIT OF NICHOLAS FIORILLO

1. I, o Nicholas J Fiorillo. who reside at 425b Salisbury Street, Worcester, MA have witnessed and have been a party to the following events revolving around the unfair and deceptive lending practice committed by Mr. David G. Massad "Duddie" as I would grow to know him as and Mr. Marcello Mallegni and there affiliated lending companies of Commerce Bank and Trust "Commerce Bank", LBM Financial LLC, Wolf Pen Financial and Gamewell Realty, Inc.

2. I am owner and developer of commercial and residential real estate and I participated in borrowing over $9,000,000 dollars in the Worcester County Area for rehabilitation and eventual resale of commercial and residential projects. Currently and in the past I have borrowed and re-paid many millions of dollars to Commerce Bank, LBM Financial, Wolf Pen Financial, Gamewell Realty and Entrust Capital.

3. . I first met Duddie when I was 14 years of age working at Lawless Cadillac located at 231 Shrewsbury Street. My father was asked to come be the General Manager of the store by Duddie, who had lent the current owners a lot of money to keep the car lot going. I asked my father who Duddie was and he told me that in the late 1960's, he had sold him the Ford Dealership on Rt 9 in Westborough.

4. I then met Duddie again in 1996, at Commerce Bank & Trust, were he arranged a loan through Commerce Bank and loaned me and my partners $180,000 to renovate and open the E.M. Loews theater into a night club called the Palladium. The Palladium was a huge success, grossing over 1.9 million dollars in just 10 months. The loan was a 9 month note that I and John Sousa and John Fisher all had to personally guarantee and we paid it back in 5 months at the time I was 21. At that time the Palladium was one of Commerce Banks largest cash depositors, on average 45-50 thousand dollars in cash a week

5. Duddie and I soon became very close, I continued to borrow money from Commerce Bank and Trust and his other affiliated loan companies. In total David Massad arranged and participated in some $9,000,000 million dollars of lending over many years. (schedule a)

5. In September of 2000, Duddie had lent $460,000 from Commerce Bank and Trust to my self and Frank Zirpolo to purchase and open the IL Palazzo, a restaurant and nightclub. Pamela Massad, Duddie's Daughter who is sits on the Board of Directors of Commerce and also had acted as Commerce Bank's closing attorney closed the loan for us but did not verify all the liquor permits were in place. The club never re-opened because we could not get the liquor licensing to sell any alcohol in the spring of 2000 FZ Entertainment filled for chapter 11 bankruptcy protections.

6. In late April of 2005, my wife and I received a commitment letter from LBM Financial to purchase 249-251 Lincoln Street in Worcester. This commitment called for a fixed interest rate of 14% and interest reserve stating the interest would accrue at a non-default rate and become due and payable upon a 12 month maturity. Only after we had arrived at the closing and proceeded to close the transaction did Michael J. Norris, the closing attorney and an investor of LBM Financial, LLC. presented me with Mortgage Documents that contradicted what the executed commitment letter previously stated. In addition to the note terms being changed to not accrue interest payments and the initial term being just only three months, Michael J Norris presented me with a one page document that demanded "As additional consideration for LBM Financial, LLC. to lend the $550,0000 needed to close on the purchase of 249 Lincoln Street, Worcester, Marcello Mallegni the principal of LBM Financial receive a 25% stake in 157 Shrewsbury Street, Worcester."

7. In a little as four months later my wife had received a conventional commitment to re-finance LBM Financials original $550,000 first mortgage. I then immediately contacted Michael J Norris and Marcello Mallegni for the payoff of

the mortgage. We were continually denied a timely, true and correct pay-off on the loan balance.

8. For many months the dispute of the payoff ensued and eventually, LBM scheduled and auction date to sell 249-251 Lincoln Street. My wife and I immediately filed a superior court action to stay the auction. After the superior court heard our TRO and Preliminary Injunction against LBM Financial, the court granted us relief and prevented LBM Financial from foreclosing on the subject property.

9. Immediately following the superior courts order to stay the auction, and a phone call was made myself, from Marcello Mallegni stating to settle the dispute with his company or he would have David G. "Duddie" Massad start foreclosure on other properties owned by my self and my wife. The next day Gamewell Realty initiated foreclosure proceeding against my property at 267 Shrewsbury Street claiming in excess of $900,000 dollars was owned own a note that was executed some many years earlier.

10. During theses disputes with David Massad and Marcello Mallegni and there various lending companies I had dealings with dozens of threaten phone calls, numerous illegal foreclosure actions on other properties owned by my wife and I, and settlement meetings trying to get us to settle our litigation with them.

11. Eventually, under extreme duress and fear of financial and physical harm did my wife and I enter a settlement agreement with Marcello Mallegni and LBM Financial to end the litigation.

12. David G. "Duddie" Massad and Gamewell Realty continued to threaten and coerce others financially involved with my husband and myself and used criminal type extortion tactics by having Marcello Mallegni make threatening demands to foreclose one of my partners Robert Depietri.

13. Most recently, days after a continued stay against Gamewell's auction proceedings from superior court, a phone call was made from David G. Massad to myself and my wife as we were driving in the car and I was threaten continuously threatened by Mr. Massad.

14. Mr. Massad stated if I did not immediately meet him at Commerce Bank and sign the deed of 267 Shrewsbury Street over to him. Commerce Bank would immediately start foreclosure on my personal residence located a 425 B Salisbury Street. The very next morning we received a foreclosure notice from Commerce Bank demanding full pay off of approximately $550,000.

15. I Nicholas Fiorillo fully believe and have been a subject to Mr. Massad and Mr. Mallegni's continued attempts to use their respective lending companies, Gamewell Realty, Inc. LBM Financial, LLC and Commerce Bank to coerce,

extort and threaten financial and other various harms in the attempt to collect a usurious debt they so had lent to my self Nicholas Fiorillo.

Sworn to under pain and penalty of perjury.

January 12, 2007

_____
Nicholas Fiorillo

## SCHEDULE A

### Nicholas J Fiorillo
### LOAN ADVANCE TIME LINE

**Commerce Bank** — David Massad 98% owner

| Time | Property/Project | Lender | Amount |
|---|---|---|---|
| 1996 | Palladium | Commerce Bank | $180,000 |
| 1997 | 23 N.Quin Shrewsbury | Commerce Bank | $217,000 |
| 1997 | 241 Southbridge | Commerce Bank | $880,000 |
| 1998 | 231 Shrewsbury St | Commerce Bank | $100,000 |
| 1999 | 100 Wall St | Commerce Bank | $460,000 |
| 2003 | Auto Galaxy | Commerce Bank | $50,000 |
| 2004 | 425 Salisbury St | Commerce Bank | $550,000 |
|  |  |  | **$2,437,000** |

**Entrust Capital** — David Massad /Amidt Mathur

| Time | Property/Project | Lender | Amount |
|---|---|---|---|
| 2003 | 9 Polplar st | Entrust Cap | $35,000 |
| 2004 | unsecured | Entrust Cap | $12,000 |
| 2004 | unsecured | Entrust Cap | $110,000 |
|  |  |  | **$157,000** |

**Wolf Pen Financial** — Marcello Mellegini/ David Massad

| Time | Property/Project | Lender | Amount |
|---|---|---|---|
| 2001 | 5 grove ridge | Wolf Pen | $225,000 |
| 2001 | 42 Lake ave | Wolf Pen | $200,000 |
|  |  |  | **$425,000** |

**LBM Financial** — Marcello Mellegini/ David Massad

| Time | Property/Project | Lender | Amount |
|---|---|---|---|
| 2003 | Cottage st | LBM | $275,000 |
| 2003 | 41 Sears Island | LBM | $60,000 |
| 2004 | 315 Pleaseant St | LBM | $315,000 |
| 2004 | 5 General Ave | LBM | $325,000 |
| 2005 | 23 Kinglet | LBM | $285,000 |
| 2004 | 157 Shrewsbury St | LBM | $530,000 |
| 2005 | 88 Shrewsbury St | LBM | $850,000 |
| 2004 | 104 Norfolk | LBM | $45,000 |
| 2004 | 249-251 Pilgrim | LBM | $38,000 |
| 2004 | Hardwood Outlet | LBM | $40,000 |
| 2004 | 279 W Main St | LBM | $310,000 |
| 2005 | 249 Lincoln | LBM | $550,000 |
| 2006 | 425 Salisbury St | LBM | $1,000,000 |
| 2006 | 7-21 Erie | LBM | $1,150,000 |
|  |  |  | **$5,773,000** |

**Gamewell Realty** — Massad Family

| Time | Property/Project | Lender | Amount |
|---|---|---|---|
| 2002 | 267 Shrewsbury | Gamewell | $363,000 |

|  |  | **$363,000** |
|---|---|---|
| **TOTAL LOAN ADVANCE** | | **$9,115,000** |