

UNITED STATES BANKRUPTCY COURT
FOR THE
DISTRICT OF MASSACHUSETTS
( WESTERN DIVISION )

---

In the Matter of

SHREWSBURY STREET
DEVELOPMENT COMPANIES, INC.

Chapter 11
No. 07-40073-JBR

Debtor

---

# AFFIDAVIT OF TRACY KROWEL

1. I, Tracy Krowel, wife of Nicholas J Fiorillo. who reside at 425b Salisbury Street, Worcester, MA have witnessed and have been a party to the following events revolving around the unfair and deceptive lending practice committed by Mr. David G. Massad and Mr. Marcello Mallegni and there affiliated lending companies of Commerce Bank and Trust "Commerce Bank", LBM Financial LLC, Wolf Pen Financial and Gamewell Realty, Inc .

2. I am investment property owner and have participated in borrowing many millions of dollar in the Worcester County Area for rehabilitation and eventual resale of distressed properties. Currently and in the past I have borrowed and re-paid many millions of dollars to LBM Financial LLC. and or Commerce Bank.

3. During late April of 2005, my husband I received a commitment letter from LBM Financial to purchase 249-251 Lincoln Street in Worcester. This commitment called for a fixed interest rate of 14% and interest reserve stating the interest would accrue at a non-default rate and become due and payable upon a  12 month maturity. Only after we had arrived at the closing and proceeded to close the transaction did Michael J. Norris, the closing attorney and an investor of LBM Financial, LLC. presented me with Mortgage Documents that contradicted what

the executed commitment letter previously stated. In addition to the note terms being changed to not accrue interest payments and the initial term being just only three months , Michael J Norris presented myself and my husband Nicholas J. Fiorillo a one page document that demanded "As additional consideration for LBM Financial, LLC. to lend the $550,0000 needed to close on the purchase of 249 Lincoln Street, Worcester, Marcello Mallegni the principal of LBM Financial receive a 25% stake in 157 Shrewsbury Street, Worcester."

4. In a little as four months later I had received a conventional commitment to re-finance LBM Financials original $550,000 first mortgage. My husband immediately contacted Michael J Norris and Marcello Mallegni for the payoff of the mortgage. We were continually denied a timely, true and correct pay-off on the loan balance.

5. For many months the dispute of the payoff ensued and eventually, LBM scheduled and auction date to sell 249-251 Lincoln Street. My husband and I immediately filed a superior court action to stay the auction. After the superior court heard our TRO and Preliminary Injunction against LBM Financial, the court granted us relief and prevented LBM Financial from foreclosing on the subject property.

6. Immediately following the superior courts order to stay the auction, and a phone call was made, to my husband, from Marcello Mallegni stating to settle the dispute with his company or he would have David G. "Duddie" Massad start foreclosure on other properties owned by my self and my husband. The next day Gamewell Realty initiated foreclosure proceeding against my husbands property at 267 Shrewsbury Street claiming in excess of $900,000 dollars was owned own a note that was executed some many years earlier.

7. During theses disputes with David Massad and Marcello Mallegni and there various lending companies my husband and I had dealings with dozens of threaten phone calls, numerous illegal foreclosure actions on other properties owned by us, and settlement meetings trying to get us to settle our litigation with them.

8. Eventually, under extreme duress and fear of financial and physical harm did my husband and I enter a settlement agreement with Marcello Mallegni and LBM Financial to end the litigation.

9. David G. "Duddie" Massad and Gamewell Realty continued to threaten and coerce others financially involved with my husband and myself and used criminal type extortion tactics by having Marcello Mallegni make threatening demands to foreclose one of my husbands business partners Robert Depietri.

10. Most recently, days after a continued stay against Gamewell's auction proceedings from superior court, a phone call was made from David G. Massad to

my husband and I , we were driving in the car and I was in close proximity to hear the threaten statements of Mr. Massad.

11. Mr. Massad stated if my husband, Nicholas Fiorillo did not immediately meet him at Commerce Bank and sign the deed of 267 Shrewsbury Street over to him. Commerce Bank would immediately start foreclosure on our personal residence located a 425 B Salisbury Street. The very next morning we received a foreclosure notice from Commerce Bank demanding full pay off of approximately $550,000.

12. I Tracy Krowel fully believe and have been a witness to Mr. Massad and Mr. Mallegni's continued attempts to use their respective lending companies, Gamewell Realty, Inc. LBM Financial, LLC and Commerce Bank to coerce, extort and threaten financial and other various harms in the attempt to collect a usurious debt they so had lent to my self and my husband Nicholas Fiorillo.

Sworn to under pain and penalty of perjury.

January 12, 2007

*Tracy Krowel*
Tracy Krowel.